# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| TIMOTHY A. MOHNEY, | : | No. 26 WAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| AMERICAN GENERAL LIFE INSURANCE | : | |
| COMPANY, AS SUCCESSOR BY | : | |
| MERGER TO AMERICAN GENERAL | : | |
| ASSURANCE COMPANY,  AS | : | |
| SUCCESSOR IN INTEREST TO U.S. LIFE | : | |
| CREDIT INSURANCE COMPANY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.

      Justice Donohue did not participate in the consideration or decision in this matter.